IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| LORD VERSATILE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:12CV333–HEH |
| ) | |
| LORETTA KELLY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER**
(Dismissing Civil Rights Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Versatile's objections are OVERRULED;

2. The Report and Recommendation is ACCEPTED and ADOPTED;

3. Versatile's Motion for Summary Judgment (ECF No. 11) is DENIED;

4. The action is DISMISSED WITH PREJUDICE; and,

5. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Versatile desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Versatile.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Sept 6 2013
Richmond, Virginia